# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**VINCIENT JONES and ALRICK POWELL**                                **PLAINTIFFS**

**v.**                      **Case No. 4:16-cv-00644-KGB**

**IPAWN RODNEY PARHAM, LLC;**
**IPAWN BASELINE, LLC; IPAWN**
**ARKANSAS, INC.; STEVEN LANDERS JR.**                    **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 77). The parties have communicated to the Court that this matter has been settled. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiffs and the defendants request that the complaint, and all amendments thereto, against the defendants be dismissed with prejudice (*Id.*, ¶ 1). Each party agrees to bear its own costs and attorneys' fees (*Id.*, ¶ 2). Thus, for good cause shown, the Court grants the parties' joint motion to dismiss (Dkt. No. 77). The action is dismissed with prejudice, and each party shall bear its own costs and attorneys' fees.

It is so ordered this 5th day of November, 2019.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge